IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN LEDESMA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18 CV 3947 |
| | ) | |
| MARRIOTT INTERNATIONAL, INC. and | ) | Illinois State Court Case No. |
| STARWOOD HOTELS & RESORTS | ) | 2018 L 004598 |
| WORLDWIDE, LLC, | ) | |
|     Defendants. | ) | |

**NOTICE OF REMOVAL**

COME NOW Defendants, MARRIOTT INTERNATIONAL, INC. and STARWOOD HOTELS & RESORTS WORLDWIDE, LLC, by and through their attorneys, PATTON & RYAN, LLC, and pursuant to 28 U.S.C. § 1446 hereby petition this Honorable Court for removal based on 28 U.S.C. §§ 1332 and 1441. In support of this Notice of Removal, Defendants respectfully state as follows:

**Introduction**

1. On May 3, 2018, STEVEN LEDESMA ("Plaintiff") filed an action ("Action") in the Circuit Court of Cook County, Illinois, against MARRIOTT INTERNATIONAL, INC. and STARWOOD HOTELS & RESORTS WORLDWIDE, LLC, ("Defendants") with the docket number 2018 L 004598. Plaintiff's Complaint at Law attached as Exhibit A.

2. Defendants were served on May 7, 2018. Service of Process Notices attached as Group Exhibit B.

**Basis for Removal**

3. Under 28 U.S.C §1332 (c) (1), a corporation is deemed to be a citizen of any state in which it has been incorporated and of the state in which it has its principal place of business.

4. Defendant, MARRIOTT INTERNATIONAL, INC. is organized under the laws of the State of Delaware with its principal place of business in the State of Maryland.

5. Defendant, STARWOOD HOTELS & RESORTS WORLDWIDE, LLC is a wholly owned subsidiary of Defendant, MARRIOTT INTERNATIONAL, INC. organized under the laws of the State of Maryland with its principal place of business in the State of Maryland.

6. Upon information and belief, Plaintiff is a citizen of the State of Illinois, domiciled in DuPage County, Illinois.

7. All of the above jurisdictional statements of citizenship are as of the date of the filing of the Notice of Removal.

8. In accordance with the Illinois Code of Civil Procedure, Plaintiff does not have to specifically quantify the amount of damages he seeks in the Action but he alleges damages in excess of $50,000.00, the jurisdictional limit for the Law Division of the Circuit Court of Cook County.

9. Plaintiff's Action alleges injuries of a personal, permanent, and pecuniary nature from alleged negligent acts by Defendants on the premises of the Westin Chennai Velachery in Tamil Nadu, India.

10. Defendants have a good faith belief that the Action exceeds $75,000.00 based on initial inferences that back surgery has been or will be allegedly required to fully restore plaintiff.

11. This Court has original jurisdiction under 28 U.S.C. §1332 because the matter in controversy in the Action exceeds the sum of $75,000.00 and is between citizens of different States.

12. This matter is properly removed pursuant to 28 U.S.C. § 1441 because this Court has original jurisdiction.

13. Venue is proper in the Northern District, Eastern Division of this Court under 28 U.S.C. § 1446 as this is the district which encompasses the Circuit Court in which the Action was filed and is pending.

14. Defendants desire a trial by jury in this Court.

15. Defendant shall promptly file a copy of this Notice of Removal with the Circuit Court Clerk for the County of Cook, State of Illinois. Proposed Notice of Filing attached as Exhibit C.

THEREFORE, Defendants, MARRIOTT INTERNATIONAL, INC. and STARWOOD HOTELS & RESORTS WORLDWIDE, LLC respectfully requests that this matter be removed from the Circuit Court of Cook County, State of Illinois, to the United States District Court, Northern District of Illinois, Eastern Division.

Dated: 6-6-18                                                                                  Respectfully submitted,

/s/John W. Patton, Jr.          /s/Paul D. Motz          /s/Cara M. Rafanelli

| John W. Patton, Jr. | Paul D. Motz | Cara Moore Rafanelli |
| Litigation Counsel | Litigation Counsel | Litigation Counsel |
| Attorney No. 618472 | Attorney No. 6294483 | Attorney No. 6199165 |
| Patton & Ryan, LLC | Patton & Ryan, LLC | Patton & Ryan, LLC |
| 330 N. Wabash, Ste 3800 | 330 N. Wabash, Ste 3800 | 330 N. Wabash, Ste 3800 |
| Chicago, IL 60611 | Chicago, IL 60611 | Chicago, IL 60611 |
| jpatton@pattonryan.com | pmotz@pattonryan.com | crafanelli@pattonryan.com |