ELECTRONICALLY FILED
5/3/2018 5:20 PM
2018-L-004598
CALENDAR: C
PAGE 1 of 3
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

Firm ID: 49286

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT – LAW DIVISION

| | |
|---|---|
| STEVEN LEDESMA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: |
| ) | |
| MARRIOT INTERNATIONAL, INC. and ) | |
| STARWOOD HOTELS & RESORTS ) | |
| WORLDWIDE, LLC, ) | |
| ) | **Plaintiff demands a trial by jury.** |
| Defendants. ) | |

## COMPLAINT AT LAW

### COUNT I – COMMON CARRIER – MARRIOT INTERNATIONAL, INC. and STARWOOD HOTELS & RESORTS WORLDWIDE, LLC

Plaintiff, STEVEN LEDESMA, by and through his attorneys, LEONARD LAW GROUP, LLC, complaining of Defendants, MARRIOT INTERNATIONAL, INC. ("MARRIOT") and STARWOOD HOTELS & RESORTS WORLDWIDE, LLC ("STARWOOD"), and each of them, alleges as follows:

1. On, before, and after February 13, 2018, and at all times material, Defendant, MARRIOT, was a foreign corporation authorized to do business in the State of Illinois.

2. On, before, and after February 13, 2018, and at all times material, Defendant, MARRIOT, operated and transacted business in Cook County, Illinois.

3. On, before, and after February 13, 2018, and at all times material, Defendant, STARWOOD, was a foreign corporation authorized to do business in the State of Illinois.

4. On, before, and after February 13, 2018, and at all times material, Defendant, STARWOOD, operated and transacted business in Cook County, Illinois.

ELECTRONICALLY FILED
5/3/2018 5:20 PM
2018-L-004598
PAGE 2 of 3

5. At all times material, Plaintiff, STEVEN LEDESMA, was a resident of Cook County, Illinois.

6. On February 13, 2018, and at all times material, Defendants, MARRIOT and STARWOOD, and each of them, owned, operated, occupied, managed, maintained, leased, and/or controlled a hotel, including the elevators therein, known as the Westin Chennai Velachery in Tamil Nadu, India.

7. On February 13, 2018, Plaintiff, STEVEN LEDESMA, was a guest of Defendants' said hotel.

8. On February 13, 2018, Plaintiff, STEVEN LEDESMA, was a passenger on an elevator within Defendants' said hotel when the elevator suddenly and without warning fell several floors.

9. On February 13, 2018, Defendants, MARRIOT and STARWOOD, and each of them, owed Plaintiff, STEVEN LEDESMA, the highest duty of care as a common carrier.

10. On February 13, 2018, Defendants, MARRIOT and STARWOOD, and each of them, breached the said duty of care and were negligent in one or more of the following respects:

  a. failed to ensure that the elevator was in proper and safe working order;

  b. failed to ensure that the elevator was timely and properly repaired;

  c. failed to ensure at the elevator would not freefall while in use;

  d. failed to provide a safe, functioning, and well-maintained elevator for Plaintiff, STEVEN LEDESMA, in violation of 225 ILCS 312/1, *et seq.*;

  e. failed to warn of the defective, dangerous, and hazardous condition of the said elevator when they know or should have known of the condition;

  f. failed to take adequate precautions to prevent such incidents from occurring;

  g. failed to properly, adequately, and timely supervise its agents, apparent agents, and/or employees in the maintenance, supervision, and/or repair of the elevator,

when they knew or should have known such war reasonably necessary for the safety of elevator passengers, including Plaintiff, STEVEN LEDESMA;

h. failed to properly and timely take the said malfunctioning and defective elevator out of service or otherwise prevent persons lawfully on the premises, including Plaintiff, STEVEN LEDESMA, from using the said elevator; and/or

i. allowed persons lawfully on the premises, including Plaintiff, STEVEN LEDESMA, to use the said elevator when they knew or should have known the elevator would freefall, creating a dangerous condition.

11. As a direct and proximate result of one or more of the foregoing negligent acts and/or omissions of Defendants, MARRIOT and STARWOOD, and each of them, Plaintiff, STEVEN LEDESMA, suffered injuries of a personal, permanent, and pecuniary nature.

WHEREFORE, Plaintiff, STEVEN LEDESMA, prays that judgment be entered in his favor and against Defendants, MARRIOT INTERNATIONAL, INC. and STARWOOD HOTELS & RESORTS WORLDWIDE, LLC, and each of them, in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus costs.

ELECTRONICALLY FILED
5/3/2018 5:20 PM
2018-L-004598
PAGE 3 of 3

Respectfully submitted,

/s/Daniel J. Biederman, Jr.
Daniel J. Biederman, Jr.

Daniel J. Biederman, Jr.
**LEONARD LAW GROUP, LLC**
300 S. Ashland Avenue, Suite 101
Chicago, Illinois 60607
P: 312.226.8273
F: 312.226.8274
djb@leonardlawgroup.net
Firm ID: 49286

ELECTRONICALLY FILED
5/3/2018 5:20 PM
2018-L-004598
CALENDAR: C
PAGE 1 of 1
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

Firm ID: 49286

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT – LAW DIVISION**

| | |
|---|---|
| STEVEN LEDESMA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: |
| MARRIOT INTERNATIONAL, INC. and STARWOOD HOTELS & RESORTS WORLDWIDE, LLC, | ) ) ) ) ) |
| Defendants. | ) |

## JURY DEMAND

Plaintiff demands a trial by jury.

Respectfully submitted,

/s/Daniel J. Biederman, Jr.
Daniel J. Biederman, Jr.

Daniel J. Biederman, Jr.
**LEONARD LAW GROUP, LLC**
300 S. Ashland Avenue, Suite 101
Chicago, Illinois 60607
P: 312.226.8273
F: 312.226.8274
djb@leonardlawgroup.net
Firm ID: 49286

ELECTRONICALLY FILED
5/3/2018 5:20 PM
2018-L-004598
CALENDAR: C
PAGE 1 of 1
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

Firm ID: 49286

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT – LAW DIVISION

| | |
|---|---|
| STEVEN LEDESMA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: |
| ) | |
| MARRIOT INTERNATIONAL, INC. and ) | |
| STARWOOD HOTELS & RESORTS ) | |
| WORLDWIDE, LLC, ) | |
| ) | |
| Defendants. ) | |

### SUPREME COURT RULE 222(b) AFFIDAVIT

I, Daniel J. Biederman, Jr., state as follows pursuant to penalties as authorized by law pursuant to Section 1-109 of the Code of Civil Procedure:

1. I am attorney licensed to practice law in the State of Illinois.

2. I am one of the attorneys for Plaintiff in this matter.

3. Pursuant to Supreme Court Rule 222(b), the total damages sought by Plaintiff in this matter exceed fifty thousand dollars ($50,000.00).

FURTHER, AFFIANT SAYETH NAUGHT.

Respectfully submitted,

/s/Daniel J. Biederman, Jr.
Daniel J. Biederman, Jr.

Daniel J. Biederman, Jr.
**LEONARD LAW GROUP, LLC**
300 S. Ashland Avenue, Suite 101
Chicago, Illinois 60607
P: 312.226.8273
F: 312.226.8274
djb@leonardlawgroup.net
Firm ID: 49286