**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| STEVEN LEDESMA,<br><br>Plaintiffs,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC. and STARWOOD HOTELS & RESORTS WORLDWIDE, LLC,<br><br>Defendants. | ) | No: 1:18-CV-03947<br>Honorable Sara L. Ellis |

**DEFENDANTS' MOTION TO ENFORCE SETTLEMENT**

Now come the Defendants, MARRIOTT INTERNATIONAL, INC. and STARWOOD HOTELS & RESORTS WORLDWIDE, LLC, by their attorney John W. Patton, Jr. at Patton & Ryan, LLC, respectfully request an order directing Plaintiff to deliver to Defendant's Counsel, forthwith, an executed copy of the settlement agreement for these reasons:

1. The parties successfully agreed to a settlement on this case on April 21, 2023.
2. On April 24, 2023, The parties presented before the Honorable Jeffrey Cummings to inform the Court that an agreement was reached.
3. On May 11, 2023, Defendants' Counsel provided Plaintiff's Counsel a draft settlement agreement for review and execution.
4. On May 15, 2023, Plaintiff's Counsel responded by proposing changes to the draft settlement agreement. Defendant's Counsel reviewed the proposed changes and

agreed to the revised settlement agreement. A copy of the agreed settlement and release is attached hereto as Exhibit "A".

5. Plaintiff's Counsel has yet to return the executed settlement agreement and release.

6. Defendant's Counsel has contacted the Plaintiff's Counsel requesting the signed settlement agreement to effectuate the settlement. Plaintiff's Counsel could not commit to when, if at all, the settlement release and agreement would be signed.

Wherefore, Defendants, MARRIOTT INTERNATIONAL, INC. and STARWOOD HOTELS & RESORTS WORLDWIDE, LLC, respectfully request that this Honorable Court grant the instant motion and order directing plaintiff to deliver to defendants' counsel, forthwith, an executed copy of a settlement agreement within 14 days and any further relief which this Court deems appropriate.

Respectfully submitted,

*/s/ John W. Patton*
One of the attorneys for Marriott International, Inc. and Starwood Hotels and Resorts Worldwide, LLC

John W. Patton, Jr.
Patton & Ryan, LLC
330 N. Wabash Suite 3800
Chicago, IL 60611
312-261-5160
Email: jpatton@pattonryan.com

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath, deposes and states that a true and correct copy of the foregoing **DEFENDANTS' MOTION TO ENFORCE SETTLEMENT** was electronically filed using the Court's CM/ECF system and served upon all attorneys of record via the ECF system on **June 23, 2023**.

*/s/ John W. Patton*
One of the attorneys for Marriott International, Inc. and Starwood Hotels and Resorts Worldwide, LLC

John W. Patton, Jr.
Patton & Ryan, LLC
330 N. Wabash Suite 3800
Chicago, IL 60611
312-261-5160
Email: jpatton@pattonryan.com